IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVAS SALES LEAD SERVICES, INC. d/b/a AVAS FLOWERS, <br> Plaintiff, <br><br> v. <br><br> JOHN OR JANE DOE, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO._____ <br><br><br> NON-ARBITRATION <br><br><br> DEMAND FOR JURY TRIAL |

## VERIFIED COMPLAINT

COMES NOW, Avas Sales Lead Services, Inc. d/b/a Avas Flowers (hereafter "Plaintiff" or "Avas Flowers"), by and through its attorney, Raeann Warner, Esq., who brings this Verified Complaint against John and Jane Doe ("Defendant" or "Doe"), alleging as follows:

### PRELIMINARY STATEMENT

1. This is a civil action for compensatory and punitive damages for common law defamation. Defendant John or Jane Doe, an anonymous individual running the Facebook page "Avas Flowers – Scam" at https://www.facebook.com/Avas-Flowers-Scam-410325232394070, in bad faith and out of ill will, intentionally, recklessly, willfully, and wantonly published multiple defamatory falsehoods without privilege. Defendant John or Jane Doe did so in an attempt to create an online community aimed at destroying Plaintiff's reputation and damaging its business.

### PARTIES

2. Plaintiff, Avas Sales Lead Services, Inc. d/b/a Avas Flowers is a Delaware corporation with its principal office located at 200 Continental Drive, Suite 401, Newark, Delaware 19713.

3. Defendant John or Jane Doe is an unknown individual who can only be identified as the administrator of the "Avas Flowers – Scam" Facebook page, and upon information and belief, is a former florist who used to fill orders for Avas Flowers and who may live in a state diverse from Plaintiff. However, it is currently unknown whether John or Jane Doe is a resident of Delaware. Plaintiff will amend this Complaint to name John or Jane Doe once it obtains verification of John or Jane Doe's identity.

## JURISDICTION AND VENUE

4. This is a civil action for damages and injunctive relief arising under Delaware common law. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to entertain claims arising under state law. Upon information and belief, Defendant may live in a state diverse from Plaintiff, meaning that original jurisdiction would be proper under 28 U.S.C.§ 1332.

5. The amount in controversy exceeds $75,000.

6. Personal jurisdiction is proper as Plaintiff is incorporated in Delaware.

7. Venue is proper in this court pursuant to 28 U.S.C. § 1391(b) because Plaintiff is or was incorporated in Delaware at all relevant times and because the events giving rise to the suit occurred on and through the Internet on forums that can be accessed within this District.

## STATEMENT OF FACTS

**A. Avas Flowers: A Successful Floral Delivery Company**

8. Avas Flowers is a flower delivery company that offers nationwide floral delivery within the United States and operates through three floral networks. The company has been in business since 2011. Avas Flowers receives orders through its website and obtains the flowers it provides customers from various affiliates. In order to facilitate a national reach, Plaintiff creates landing webpages geared toward individual cities and towns, enabling it to facilitate flower

deliveries at these locations. Avas Flowers gets thousands of orders a day, successfully delivering beautiful flower arrangements for different events, holidays, and special occasions.

9. Avas Flowers has a 4.6 out of 5 star rating for customer satisfaction on Google Shopping. It also has a 4.66 out of 5 ResellerRatings Elite Member rating, and a 4.4 out of 5 star rating as a shopper approved business.

10. Avas Flowers also has a strong focus on customer satisfaction and offers a variety of solutions to dissatisfied customers. Since Avas Flowers understands that the fragility and perishability of their products necessitates strong customer service responses and mechanisms to rectify issues with orders, it has worked diligently to put refund and replacement policies in place to provide recompense for any orders that are not fulfilled satisfactorily.

B. **John or Jane Doe Defames Avas Flowers on the "Avas Flowers – Scam" Facebook Page**

11. In 2015 or 2016, Avas Flowers discovered a Facebook page titled "Avas Flowers is a scam." Doe created this page on February 15, 2013. On February 22, 2018, the page changed its name to "Avas Flowers Is A Scam," and then on July 2, 2018, it ultimately changed its name to "Avas Flowers – Scam" (hereafter "Avas Flowers – Scam Page"). The "Avas Flowers – Scam" title is the current name of the page to date.

12. The Avas Flowers – Scam Page acts as an open forum that allows the community (i.e. anyone with access to the Internet and a Facebook account) to post comments regarding Avas Flowers and customer experiences with Plaintiff. These comments and statements are publicly posted by and through the Avas Flowers – Scam Page.

13. Anyone with Internet access can view and review the posts and statements posted on the Avas Flowers – Scam Page. Since the page is set to a public[1] setting, a Facebook account is not required to view the statements posted on the page, and viewers are not required to log in to Facebook to view the statements.

14. Notably, Doe does not merely serve as a passive operator of the Avas Flowers – Scam Page for other Facebook users and those viewing the comments. Doe regularly makes posts on the page under the name "Avas Flowers – Scam" and frequently engages with the community by leaving comments, reacting to others' posts and comments, and inviting members to share their experiences on the page. Additionally, Doe encourages members and visitors on the page to submit complaints to the New Jersey Attorney General, to dispute charges from Avas Flowers with their banks, and to avoid buying from Avas Flowers or using Avas Flowers' services.

15. On or about January 7, 2020, Doe posted the following defamatory statement(s) on the Avas Flowers – Scam Page in a comment in response to "Joey Ondo:"

> Yes they claim to be local and the[sic] are very sneaky about it. Tip:.[sic] A real florist will always have a physical address listed. If you go to Ava's[sic] website and look at the very bottom it shows their physical address being in New Jersey, Even[sic] though everybody knows all their call centers are overseas[.]

16. This post contains the following false statement:

  a. That Avas Flowers is "very sneaky" about claiming that it is a local business.

17. The statement is false because:

  a. Avas Flowers is not "sneaky" about where it is based, but clearly states its location on its website.

---

[1] For the purposes of social media, and particularly Facebook, a post or page can be made "public," which allows anyone with Internet access and who comes across or searches for the page to view the page without having a Facebook account or signing into Facebook.

18. On or about February 14, 2020, Doe posted the following defamatory statement(s) on the Avas Flowers – Scam Page in response to a comment from "Gayla Nesgoda:"

> Gayla Nesgoda they only truly have one United States location, in New Jersey. My understanding is that is a small warehouse for when they ship flowers via UPS. They have a call center in India, Mexico, and somewhere else in Asia I forget right off where exactly.

19. This post contains the following false statement:

   a. That Avas Flowers has a call center in India.

20. The statement is false because:

   a. Avas Flowers does not have a call center in India.

21. On or about September 29, 2020, Doe posted the following defamatory statement(s) on the Avas Flowers – Scam Page in response to a comment from "Larkin Wynn:" "Don't put the blame solely on local shops. They're working with a fraction of what they're paid for each order. The simplest solution is to shop local and not from some website that's based in India[.]"

22. This post contains the following false statement:

   a. That Avas Flowers' website is based in India.

23. The statement is false because:

   a. The Avas Flowers website is not based in India.

24. On or about December 3, 2020, Doe posted the following defamatory statement(s) on the Avas Flowers – Scam Page in response to a comment from "Cynthia Stramaglia:" "There's only one. They're a call center based in India."

25. This post contains the following false statement:

   a. That Avas Flowers is a call center based in India.

26. The statement is false because:

   a. Avas Flowers' company is not a call center based in India.

27. On or about April 10, 2021, Doe posted the following defamatory statement(s) on the Avas Flowers – Scam Page in response to a comment from "Chrisann Fitzgerald:" "They're in India. Probably Calcutta. No point in wasting your time with the BBB as they have absolutely no authority over any business."

28. This post contains the following false statement:

    a. That Avas Flowers is in India, or specifically, Calcutta.

29. The statement is false because:

    a. Avas Flowers is not located in India or Calcutta.

C. **Remedial Measures and The Damage Done**

30. Plaintiff attempted to communicate with John or Jane Doe to achieve resolution but did not receive a response from Doe. Plaintiff discovered the page by Googling "Avas Flowers" and found the defamatory statements on the Avas Flowers – Scam Page. Avas Flowers attempted to contact the administrator through a private message on Facebook to see if Avas Flowers could reasonably ask Doe to remove the content, or at the very least to determine Doe's identity. Doe never responded to that message.

31. Doe has caused significant damage to Avas Flowers' business. Doe not only posted defamatory statements, but also invited others to share negative experiences with Avas Flowers without regard to the truth or falsity of those statements. Doe additionally invited others to issue complaints against Avas Flowers with the New Jersey Attorney General and to file credit card charge disputes with their respective banks. As a result of Doe's harmful statements, Avas Flowers has spent a significant amount of money and time hiring attorneys to assist with complaints to the Attorney General and to correspond with the Better Business Bureau. Doe's conduct and statements have instructed others to submit complaints to the Better Business Bureau and the New

Jersey Attorney General, despite Avas Flowers' policies and systems designed to handle customer complaints and its refund policy, which is clearly stated on its website in its Terms and Conditions.

32. Doe's statements have greatly harmed Avas Flowers' reputation nationwide and online. Doe's defamatory statements have caused both reputational damages and actual damages inlcuding forcing Avas Flowers to hire counsel to defend against third parties, such as the New Jersey Attorney General and the Better Business Bureau in customer disputes that have increased since the Avas Flowers – Scam Page began posting defamatory comments.

33. Doe's identity cannot be ascertained until Facebook, Inc. is subpoenaed.

34. Plaintiff will amend this Complaint to identify Doe upon obtaining confirmation of his or her identity.

## COUNT 1 - DEFAMATION

35. Plaintiff realleges and incorporates by reference all allegations and paragraphs in this Complaint (except those that are inconsistent with this cause of action, including but not limited to pleadings in the alternative), above and below, as though fully set forth herein.

36. Defendant Doe intentionally and/or maliciously and knowingly or negligently made false and harmful statements concerning Plaintiff.

37. As a direct and proximate result, Plaintiff suffered reputational injuries, economic damages, and other damages consistent with the allegations herein.

## COUNT 2 – DEFAMATION *PER SE*

38. Plaintiff realleges and incorporates by reference all allegations and paragraphs in this Complaint (except those that are inconsistent with this cause of action, including but not limited to pleadings in the alternative), above and below, as though fully set forth herein.

39. Defendant Doe intentionally and/or maliciously and knowingly or negligently made false and harmful statements concerning Plaintiff's trade, profession, and business practices.

40. As a direct and proximate result, Plaintiff suffered reputational injuries, economic damages, and other damages consistent with the allegations herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. All lawful damages in an amount to be determined, against Defendant;

B. Compensatory damages;

C. Punitive damages in an amount sufficient to punish Defendant and discourage him or her from engaging in similar conduct in the future;

D. Injunctive relief, mandating that John or Jane Doe remove all of his or her defamatory statements from www.facebook.com and mandating that John or Jane Doe remove all other defamatory statements on any other online or non-online place;

E. Costs and pre and post-judgment interest;

F. Such other relief as this Court deems just and equitable; and

G. Trial by jury.

Dated: July 7, 2021

Respectfully submitted,

/s/ Raeann Warner
Raeann Warner, Esq.
Delaware State Bar No. 4931
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Tel: 302-600-1935
Fax: 302-656-5875

Email: Raeann@jcdelaw.com