IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAS SALES LEAD SERVICES, INC. d/b/a AVAS FLOWERS,<br><br>Plaintiff,<br><br>v.<br><br>JOHN OR JANE DOE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-1005 (MN)<br>)<br>)<br>)<br>) |

**ORDER TO SHOW CAUSE**

At Wilmington, this 19th day of April 2022;

WHEREAS, Plaintiff's Complaint asserts two counts – defamation and defamation *per se* – against John or Jane Doe and states the basis for jurisdiction in this Court is diversity (D.I. 1);

WHEREAS, the Third Circuit has held that "John Doe parties destroy diversity jurisdiction if their citizenship cannot truthfully be alleged" (*Mortellite v. Novartis Crop Prot., Inc.*, 460 F.3d 483, 494 (3d Cir. 2006)); and

WHEREAS, Plaintiffs have not alleged the citizenship of the John or Jane Doe party, the only Defendant in this matter, and simply state that "[u]pon information and belief, Defendant may live in a state diverse from Plaintiff . . . " (D.I. 1 at 2).

THEREFORE, IT IS HEREBY ORDERED that, on or before April 26, 2022, Plaintiff shall SHOW CAUSE as to why the Complaint, filed in this Court based on diversity jurisdiction, should not be dismissed for lack of subject matter jurisdiction.

_____
The Honorable Maryellen Noreika
United States District Judge