IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVAS SALES LEAD SERVICES, INC. d/b/a AVAS FLOWERS<br><br>Plaintiff,<br><br>v.<br><br>JOHN OR JANE DOE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-1005 (MN)<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 6th day of October 2022;

WHEREAS, on September 15, 2022, Magistrate Judge Fallon issued a Memorandum Order In-Part and Report and Recommendation In-Part (D.I. 16) ("the Recommendation") recommending dismissal of this action without prejudice[1]; and

WHEREAS, no party filed objections to the Recommendation pursuant to Rule 72(b)(1) of the Federal Rules of Civil Procedure in the prescribed period and, therefore, the Court need not do a *de novo* review of the ruling.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to CLOSE this case.

The Honorable Maryellen Noreika<br>
United States District Judge

---

[1] The Memorandum Order In-Part denied Plaintiff's Third *Ex Parte* Motion for Leave to Subpoena Facebook, Inc. and Related Third Parties, a non-dispositive motion. (D.I. 14). As no objections were filed to the Memorandum Order In-Part, the Court need not review Judge Fallon's ruling.